Lara R. Shapiro (State Bar No. 227194)   *E-FILED 03-30-2011*
Johanna Kwasniewski (SBN 268474) 4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Of Counsel to
Lemberg & Associates LLC, A Connecticut Law Firm
1100 Summer Street Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff, Sergey Shcherbakov

Carl A. Sundholm (State Bar No. 131940)
Law Offices of Carl A. Sundholm
750 Menlo Avenue, Suite 100
Menlo Park, CA  94025
Telephone:  (650) 473-9050
Facsimile:  (650) 473-6897

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sergey Shcherbakov,<br><br>  Plaintiff,<br>vs.<br><br>Phoenix Group, LLC., and Does 1-100, inclusive,<br><br>  Defendants.<br>_____/ | Case: 5:10-CV-03728-HRL<br><br>STIPULATION FOR DISMISSAL WITH PREJUICE AND ~~(PROPOSED)~~ ORDER OF DISMISSAL<br><br>[Re: Docket No. 30] |

All parties hereto having agreed to settle the above-captioned action, Plaintiff Sergey Shcherbakov and Defendant Finex Group, LLC, erroneously sued herein as Phoenix Group, LLC, by and through their undersigned counsel of record, hereby stipulate and agree that the above-captioned case be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties have agreed to settle this case by a "walkaway" settlement with each party to bear their own costs and attorney fees, and agree to a mutual release of all claims they may have as against one another. This agreement was negotiated in good faith and constitutes a

1  settlement of claims that were vigorously contested, denied, and disputed by the parties. The
2  undersigned representatives of each party certify they are fully authorized by the party they
3  represent to agree to the terms and conditions set forth above, which shall become effective
4  upon entry and approval of this Stipulation by the Court.

IT IS SO STIPULATED

Dated: March 29, 2011

For Plaintiff Sergey Shcherbakov:
By Lara R. Shapiro, Esq.

/s/
By:_____
   Lara R. Shapiro
   Johanna Kwasniewski
   Attorney for Plaintiff, Sergey Shcherbakov

Dated: March 29, 2011

For Defendant Finex Group LLC
By Carl A. Sundholm

/s/
By:_____
   Carl A. Sundholm, Esq.
   Law Offices of Carl A. Sundholm
   Attorney for Defendant Finex Group LLC

IT IS SO ORDERED:

Dated: March 30, 2011

_____
HOWARD R. LLOYD
United States District Court Magistrate Judge